IN THE SUPERIOR COURT OF THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| COMMITTEE FOR SAFE CMTYS.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEP'T OF<br>TRANSP. AND PUB. FACILITIES<br><br>Defendant. | Case No. 4FA-23-02289CI |

**AFFIDAVIT OF JEREMY HUFFMAN IN SUPPORT OF PEAK GOLD, LLC'S OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**

STATE OF ALASKA       )
                                   ) ss.
FOURTH JUDICIAL DISTRICT )

Jeremy Huffman, being first duly sworn, states as follows:

1. I, Jeremy Huffman, am the Vice President of Black Gold Express, LLC (BGE), a family-owned business based in North Pole that has served Alaska since 1987. I have held this position for 12 years.

2. BGE was formed by my father, James "Jim" Huffman, to meet the heavy haul transportation needs, including transport needs for oilfield, construction, and mining sectors within Alaska.

3. With over 35 years of industry experience, BGE has the expertise and ability to manage every aspect of a project, implementing best-in-class safety standards

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.'
PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 1 of 12

PERKINS COIE LLP
1029 West Third Avenue, Suite
300 Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

in remote locations and under some of the most extreme conditions. Over the years, my family and I have built strong connections, a powerful industry reputation, and expanded services.

4. Black Gold Transport, LLC (BGT), was formed in 2023 to meet the needs of the Manh Choh project. Many of those who work at the company, including my father and I, are lifelong Alaskans or have spent many years forging deep connections to the state. We all take great pride in doing our part to improve and serve our local communities, and we are committed to working collaboratively and efficiently to deliver the highest quality of service. We share a commitment to safety, the environment, and the success of our projects.

5. BGT has an outstanding safety record and a comprehensive safety management system, with vehicle and driver monitoring, and an extensive, proven driver training program anchored by a rigorous behind-the-wheels training component.

6. I take pride in our safety record, which we have diligently earned and maintained. I and my team work hard to ensure our drivers operate their equipment safely.

7. Our reputation for safe and reliable operations is a valuable part of our brand. We would not participate in any transportation project that we believe would risk jeopardizing our stellar reputation.

8. I am familiar with the State of Alaska, Department of Transportation and Public Facilities' (DOT) actions and processes that Plaintiff challenges in this case.

9. I have also reviewed the complaint filed by Plaintiff in this case, the

preliminary injunction motion, and the affidavits in support of Plaintiff's motion for a preliminary injunction against the ore haul for the Manh Choh Project.

### Manh Choh Project

10. The Manh Choh mine project plan includes small open pit mining on Tetlin land under the tribe's Mineral Lease with Peak Gold. BGT will truck the gold and silver-bearing ore for processing at the existing Fort Knox mine.

11. Before the trucks were built, BGT worked closely with engineers to determine the features and specifications best suited to accomplish the ore haul safely, reliably, and efficiently.

12. Peak Gold has engaged in transportation planning for the Project with DOT to identify the safest and most direct route for the Project, and to ensure that our vehicle design would comply with all regulatory requirements.

13. DOT and Peak Gold originally discussed a route in which the trucks hauling the ore from Manh Choh to Fort Knox would take the Alaska Highway from Tetlin to Delta Junction, the Richardson Highway from Delta Junction to the Mitchell Expressway, the Mitchell Expressway to Peger Road, Peger Road to the Johansen Expressway, the Johansen Expressway to the Steese Expressway, the Steese Expressway to the Elliott Highway, and the Steese Highway from the Elliott Highway junction to the Fort Knox Road junction. However, Peak Gold ultimately decided the trucks will take the Alaska Highway from Tetlin to Delta Junction and the Richardson Highway from Delta Junction to the junction with the Mitchell Expressway in Fairbanks. From the Mitchell Expressway, the trucks will take the Steese Expressway to the Elliot Highway, and the Steese Highway from the Elliot Highway to the Fort

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 3 of 12

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

Knox Road junction.

14. Over my 12 years at BGE, I have managed transportation on all of the roads included in the route under all weather conditions. As a result, I am familiar with the topography, speed limits, and types of vehicles that travel on those roads.

15. Based on my experience, I am aware that trucks much longer than ours, including 120' A-train double fuel trucks transporting fuel from Valdez to Fairbanks, routinely use the Delta Junction to Fairbanks portion of the anticipated route.

16. We have driven the intended route for the ore haul in our trucks, which were built for this job. The stability and performance of our trucks while making turns or traveling uphill, to the extent they differ from the many other LCVs that use the same route (or portions of it) daily to transport fuel, groceries, or other products, are superior.

17. Specifically, the trucks have no problem remaining within one lane when turning, and no problem maintaining a safe speed when traveling uphill on the route.

### Trucks Designed for Safety

18. The trucks BGT will use to transport the ore are custom-built, heavy-specification trucks. They were purpose-built with state-of-the-art safety features and will be among the safest commercial vehicles on the road.

Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 4 of 12



19. They have the highest torque possible (2050 pound feet).

20. Modifications from the standard model B-train include all disc brakes versus standard drum brakes, which are known to stop in as much as 17% - 33% shorter distance; and adding more axles to distribute the weight more evenly, which reduces the number of trips per day by 10%.

21. The haul route involves one moderate climb in the Tenderfoot area. Knowing this would be part of the route, we worked with engineers at Allison and Eaton Fuller Transmission to ensure that our powertrain and gear ratio were sufficient to maintain safe speeds on this portion of the anticipated route.

22. Based on high-precision GPS test runs BGT has conducted, the trucks' performance has exceeded our expectations; the torque, Horsepower, and gear-ratio are perfect to accomplish the requirements for the Manh Choh ore haul.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 5 of 12

23. The B-train trucks eliminate a pivot point that is standard in A-trains. As a result, the trucks have much better tracking. Our trucks have no problem staying in a single lane when turning.

24. The trucks will carry legal loads that do not require any special permits or exemptions. The total vehicle length will be 94'10", shorter than most of double fuel and double cargo trailers used in Alaska today. The payload will be about 49 tons and a total gross vehicle weight of 82.5 tons per vehicle.

25. The trucks will carry rocks, not metal concentrates, and the loads will be covered and secured. There will therefore be minimal dust associated with Manh Choh transportation.

26. The trucks when loaded will not exceed the operating rating of any bridge on the anticipated route, and none of the bridges our drivers will cross are "load-posted" (i.e., subject to a restricted weight).

**Transportation Planning Process and Safety Protocols**

27. In addition, BGT's communication protocol features real time communication between drivers and our 24-hour dispatchers to alert drivers about conditions and potential hazards.

28. I understand that DOT is taking action to increase visibility, including some brush trimming along the route.

29. I understand that DOT is planning improvements along the route, including updating and adding up to 10 passing lanes, asphalt resurfacing, bridge replacements and other work, and that several of the passing lanes are now complete.

30. Representatives of Peak Gold and BGT have met and continue to meet

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 6 of 12

with area schools along the transportation route and bus companies to keep everyone informed of their plans and hear any concerns. We have been supplied with the exact location and pick-up time for each bus stop in the Fairbanks, NorthStar Borough and on the Richardson Highway, which we have incorporated into the dispatch system for the trucks.

31. Our drivers have been trained on the location of school zones and school bus times to ensure that they take extra caution at those times and places.

32. BGT uses GPS and A.I. to monitor and strictly enforce vehicle speed limits. GPS and A.I. are also part of a larger system used to monitor distracted driving behaviors.

33. Our GPS system is so sensitive it can detect changes in a driver's acceleration in real time.

34. Peak Gold and BGT will also support DOT in efforts to add school zone signs where needed.

**Responses to Plaintiff's Evidence**

35. I have reviewed the video referenced in the affidavit of Chance Shank at Paragraph 25.

36. The location of the video is a private access road on Tetlin land that has a speed limit of 35 mph.

37. The location where the video was taken is not a public road where normal commuter traffic would be present.

38. Because the video shows a stop sign used by the flagger, it seems clear

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 7 of 12

that the truck has been flagged past after receiving an indication that it is safe to do so.

39. This video is not evidence of the trucks' "inability" to stay in designated lanes. The presence of a flagger indicates that there is one-way traffic on this road, such that the driver would not have needed to confine the truck to one lane of the road. The driver is simply giving room to the flagger, who is standing on the edge of the road.

40. I have reviewed the affidavit of Bill Ward, attached as Exhibit 5 to Plaintiff's preliminary injunction motion.

41. Mr. Ward indicates he has owned or operated trucks and truck companies "over the last fifty (50) years." The technology (including power output and drivetrain) and safety systems of semi-trucks have improved greatly over the last few decades.

42. Based on Mr. Ward's statement, in Paragraph 6 of his affidavit, that he had to lighten his loads to 105,000 lbs. Gross Vehicle Weight ("GVW") or extend the length of his (B-train) truck using a dolly, his vehicle did not have the features we have built for the trucks that will carry out the Manh Choh ore haul. His truck clearly lacked either our trucks' vehicle length, number of axles, or both.

43. Mr. Ward's assumption about the GVW of our trucks is incorrect. He states in Paragraph 8 that they have a weight capacity of 160,000 lbs., but it is actually 164,500 lbs.

44. Mr. Ward's assumption that our trucks will have insufficient horsepower to overcome rolling resistance is false.

45. Contrary to Mr. Ward's statements in Paragraph 9, it is clear that our trucks can be safely used on Alaska roads, and our precision test runs have shown that

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 8 of 12

the vehicles actually outperform our expectations.

46. Mr. Ward implies in Paragraph 10 that our trucks have "excess load weights," but whether a load weight is "excess" depends entirely on the truck's gear ratio and powertrain.

47. Mr. Ward implies in the same paragraph that our trucks will have "unique tire specifications," but there is nothing uncommon about the tires we use.

48. Mr. Ward in Paragraph 12 implies that our trucks will have "insufficient horsepower," but that is untrue.

49. Mr. Ward in Paragraph 12 implies that we will use "modified driving techniques to maintain safe control on highways and during turns." I do not know what this statement means, but I am not aware of any modified driving techniques that will be required.

50. In Paragraph 14, Mr. Ward inaccurately assumes that our truck uses a 3-axle power system. That assumption is incorrect. Our trucks use a 2-axle power system. The front axle is a steerable, fixed-down axle, which prevents tire scrub. Mr. Ward also refers to tri-drives (3-axle grouping) used in Canadian vehicles, whereas our trucks use a tandem drive (2-axles).

51. Mr. Ward states in Paragraph 14 that that when our trucks turn, "the tires are forced to slide across the asphalt (known as scrubbing) resulting in wear on the asphalt surface." This is inaccurate because of the 16 axles on each of our trucks, seven are steerable, which means they steer in the direction of the truck when it turns. This reduces tire scrub. This is another example of how far safety and technology for trucks have evolved in the past few years.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

52. I have reviewed the declaration of Robert L. McHattie, attached as Exhibit 6 to Plaintiff's preliminary injunction motion.

53. Mr. McHattie makes a number of false assumptions in his affidavit.

54. Paragraphs 2 and 3 of Mr. McHattie's declaration state that our trucks will be less stable when empty than when they are carrying ore because of how many tires they have.

55. The calculations Mr. McHattie makes in this paragraph and the conclusions he draws both assume that the trucks will have the same number of wheels/axles when empty that have when carrying loads. That assumption is incorrect because when the trucks are unloaded, 7 of the axles lift, turning the 16-axle combination into a 9-axle combination.

56. Starting at Paragraph 5 of his affidavit, Mr. McHattie makes certain calculations about kinetic energy, crash-damage potential, and pavement-life design that compare BGT's trucks to an 80,000 lb. vehicle.

57. As he states in Paragraph 5, these calculations are based on the 80,000 lb. legal weight limit (GVWR) "that would be Federally-legal *on highways of other states*." (emphasis added).

58. In Alaska, however, there is no GVWR restriction.

59. Instead, the weight limit is calculated based on a formula prescribed by DOT that takes into account the wheelbase and number of axles (attached hereto as "Exhibit A").

60. It is thus not uncommon to see single truck and trailer combinations of 110,000 lbs. (8 axles, 75 feet long) and truck and double trailers of 150,000 lbs. (11

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 10 of 12

PERKINS COIE
1029 West Third Avenue, Suite 300 Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

axles, 120 feet long).

61. I am aware that Plaintiff stated in the motion for preliminary injunction that "[t]he B-Trains will be the longest, heaviest vehicles ever to travel Alaska's Highways." That statement is false.

62. We intend and expect that the Manh Choh ore haul will comply with all applicable regulations.

DATED this 25th day of November, 2023 at North Pole, Alaska.

_____
JEREMY HUFFMAN
PRESIDENT,
BLACK GOLD TRANSPORT

SUBSCRIBED AND SWORN TO before me this 25th day of November, 2023.

_____
Notary Public in and for Alaska
My Commission Expires 03-22-2024

J. MALATEK
NOTARY PUBLIC
State of Alaska
My Commission Expires Mar. 22, 2024

Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 11 of 12

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 27, 2023, a true and correct copy of the foregoing document was served by email on:

Jason Weiner
Jason Weiner & Associates
1008 16th Avenue, Suite 200
Fairbanks, AK 99701
jweiner@fairbankslaw.com

Aisha Bray
State of Alaska
Department of Law, Fairbanks Civil Office
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Aisha.bray@alaska.gov

/s/ Tae Kim
Tae Kim, Legal Practice Assistant

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fielstad / EFielstad@perkinscoie.com

AFF. OF JEREMY HUFFMAN IN SUPP. OF PEAK GOLD, LLC'S OPP'N TO PLS.' PRELIM. INJ. MOT.
*Committee for Safe Cmtys. v. State of Alaska, Dep't of Transp. and Pub. Facilities*
Case No. 4FA-23-02289CI
Page 12 of 12

**Department of Transportation & Public Facilities Regulations**

| | | |
|---|---|---|
| 17 AAC 25.013 | Legal vehicle weight |
| 17 AAC 25.017 | Supplemental axles |
| 17 AAC 25.100 | Road closures and restrictions |
| 17 AAC 25.900 | Definitions |

Metric tire size can be converted to inches by multiplying by .0394
i.e. 255/70R22.5 = 255 mm X .0394 inches/mm = 10 inches

8'1" is the minimum spacing between axle groups. Axles spaced less than 8'1' apart are considered acting as one group.

For axle configurations not on this chart the gross vehicle weight may be determined by the following BRIDGE FORMULA:

$$Gross\ Vehicle\ Weight = 500\left[\frac{LN}{N-1} + 12N + 36\right]$$

L = Wheelbase as measured from the center of the steering axle to the center of the last axle in feet. Inches are rounded up to the next whole foot.
N = Total number of axles.

For configurations with no lift axle(s) in the drive group, an additional 3,000 pounds is added to the gross vehicle weights as determined by the bridge formula or chart. Legal gross vehicle is always the most restrictive of the bridge formula and the gross weight as determined by axle weights or by tires.

Lift axle(s) in the drive group of the power unit are not counted in determining the legal maximum allowable weight.

**MAXIMUM HIGHWAY SPEEDS**

| % Over Legal | Maximum Speed |
|---|---|
| Up to 125% | As Posted |
| > 125% to 140% | 45 MPH |
| > 140% to 150% | 40 MPH |
| > 150% to 175% | 35 MPH |
| > 175% | 25 MPH |

**AXLE WEIGHTS AND TIRE LOADINGS MUST ALSO BE CONSIDERED**

Max tire loading = no. of tires X tire width (inches) X 600 pounds/inch

- Single axles = 20,000 pounds maximum
- 2 Axle group = 38,000 pounds maximum
- 3 Axle group = 42,000 pounds maximum *
- 4 Axle group = 50,000 pounds maximum

* Reference 17 AAC 25.013 (a)(5) for additional allowable weight on certain (3) axle combinations

| WB/Axles | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Axles/WB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 46500 | 51500 | 57000 | | | | | | | | | | | | 14 |
| 15 | 47500 | 52000 | 57500 | | | | | | | | | | | | 15 |
| 16 | 48000 | 52500 | 58000 | | | | | | | | | | | | 16 |
| 17 | 49000 | 53500 | 58500 | | | | | | | | | | | | 17 |
| 18 | 49500 | 54000 | 59500 | | | | | | | | | | | | 18 |
| 19 | 50500 | 54500 | 60000 | | | | | | | | | | | | 19 |
| 20 | 51000 | 55500 | 60500 | | | | | | | | | | | | 20 |
| 21 | 52000 | 56000 | 61000 | | | | | | | | | | | | 21 |
| 22 | 52500 | 56500 | 62000 | | | | | | | | | | | | 22 |
| 23 | 53500 | 57500 | 62500 | | | | | | | | | | | | 23 |
| 24 | 54000 | 58000 | 63000 | | | | | | | | | | | | 24 |
| 25 | 55000 | 58500 | 63500 | | | | | | | | | | | | 25 |
| 26 | 55500 | 59500 | 64500 | | | | | | | | | | | | 26 |
| 27 | 56500 | 60000 | 65000 | | | | | | | | | | | | 27 |
| 28 | 57000 | 60500 | 65500 | | | | | | | | | | | | 28 |
| 29 | 58000 | 61500 | 66000 | 69500 | | | | | | | | | | | 29 |
| 30 | 58500 | 62000 | 67000 | 72000 | | | | | | | | | | | 30 |
| 31 | 59500 | 62500 | 67500 | 72500 | | | | | | | | | | | 31 |
| 32 | 60000 | 63500 | 68000 | 73000 | | | | | | | | | | | 32 |
| 33 | | 64000 | 68500 | 74000 | | | | | | | | | | | 33 |
| 34 | | 64500 | 69500 | 74500 | | | | | | | | | | | 34 |
| 35 | | 65500 | 70000 | 75000 | | | | | | | | | | | 35 |
| 36 | | 66000 | 70500 | 75500 | | | | | | | | | | | 36 |
| 37 | | 66500 | 71000 | 76000 | | | | | | | | | | | 37 |
| 38 | | 67500 | 72000 | 77000 | | | | | | | | | | | 38 |
| 39 | | 68000 | 72500 | 77500 | | | | | | | | | | | 39 |
| 40 | | 68500 | 73000 | 78000 | | | | | | | | | | | 40 |
| 41 | | 69500 | 73500 | 78500 | | | | | | | | | | | 41 |
| 42 | | 70000 | 74500 | 79000 | | | | | | | | | | | 42 |
| 43 | | 70500 | 75000 | 80000 | | | | | | | | | | | 43 |
| 44 | | 71500 | 75500 | 80500 | | | | | | | | | | | 44 |
| 45 | | 72000 | 76000 | 81000 | 86500 | 91500 | | | | | | | | | 45 |
| 46 | | 72500 | 77000 | 81500 | 87000 | 92500 | | | | | | | | | 46 |
| 47 | | 73500 | 77500 | 82000 | 87500 | 93000 | | | | | | | | | 47 |
| 48 | | 74000 | 78000 | 83000 | 88000 | 93500 | | | | | | | | | 48 |
| 49 | | 74500 | 78500 | 83500 | 88500 | 94000 | | | | | | | | | 49 |
| 50 | | 75500 | 79500 | 84000 | 89000 | 94500 | | | | | | | | | 50 |
| 51 | | | 80000 | 84500 | 90000 | 95000 | | | | | | | | | 51 |
| 52 | | | 80500 | 85000 | 90500 | 95500 | | | | | | | | | 52 |
| 53 | | | 81000 | 86000 | 91000 | 96500 | | | | | | | | | 53 |
| 54 | | | 82000 | 86500 | 91500 | 97000 | | | | | | | | | 54 |
| 55 | | | 82500 | 87000 | 92000 | 97500 | | | | | | | | | 55 |
| 56 | | | 83000 | 87500 | 92500 | 98000 | | | | | | | | | 56 |
| 57 | | | 83500 | 88000 | 93500 | 98500 | | | | | | | | | 57 |
| 58 | | | 84500 | 89000 | 94000 | 99000 | | | | | | | | | 58 |
| 59 | | | 85000 | 89500 | 94500 | 99500 | | | | | | | | | 59 |
| 60 | | | 85500 | 90000 | 95000 | 100500 | 106000 | 111500 | 117000 | | | | | | 60 |
| 61 | | | 86000 | 90500 | 95500 | 101000 | 106500 | 112000 | 117500 | | | | | | 61 |
| 62 | | | 87000 | 91000 | 96000 | 101500 | 107000 | 112500 | 118000 | | | | | | 62 |
| 63 | | | 87500 | 92000 | 97000 | 102000 | 107500 | 113000 | 118500 | | | | | | 63 |
| 64 | | | 88000 | 92500 | 97500 | 102500 | 108000 | 113500 | 119000 | | | | | | 64 |
| 65 | | | 88500 | 93000 | 98000 | 103000 | 108500 | 114000 | 120000 | | | | | | 65 |
| 66 | | | 89500 | 93500 | 98500 | 103500 | 109000 | 114500 | 120500 | | | | | | 66 |
| 67 | | | 90000 | 94000 | 99000 | 104500 | 109500 | 115000 | 121000 | | | | | | 67 |
| 68 | | | 90500 | 95000 | 99500 | 105000 | 110500 | 116000 | 121500 | | | | | | 68 |
| 69 | | | 91000 | 95500 | 100500 | 105500 | 111000 | 116500 | 122000 | | | | | | 69 |
| 70 | | | 92000 | 96000 | 101000 | 106000 | 111500 | 117000 | 122500 | | | | | | 70 |
| 71 | | | 92500 | 96500 | 101500 | 106500 | 112000 | 117500 | 123000 | | | | | | 71 |
| 72 | | | 93000 | 97000 | 102000 | 107000 | 112500 | 118000 | 123500 | 129500 | 135000 | 141000 | 146500 | 152500 | 72 |
| 73 | | | 93500 | 98000 | 102500 | 107500 | 113000 | 118500 | 124000 | 130000 | 135500 | 141500 | 147000 | 153000 | 73 |
| 74 | | | 94500 | 98500 | 103000 | 108500 | 113500 | 119000 | 124500 | 130500 | 136000 | 142000 | 147500 | 153500 | 74 |
| 75 | | | 95000 | 99000 | 104000 | 109000 | 114000 | 119500 | 125500 | 131000 | 136500 | 142500 | 148000 | 154000 | 75 |
| 76 | | | | 99500 | 104500 | 109500 | 115000 | 120000 | 126000 | 131500 | 137000 | 143000 | 148500 | 154500 | 76 |
| 77 | | | | 100000 | 105000 | 110000 | 115500 | 121000 | 126500 | 132000 | 137500 | 143500 | 149500 | 155000 | 77 |
| 78 | | | | 101000 | 105500 | 110500 | 116000 | 121500 | 127000 | 132500 | 138500 | 144000 | 150000 | 155500 | 78 |
| 79 | | | | 101500 | 106000 | 111000 | 116500 | 122000 | 127500 | 133000 | 139000 | 144500 | 150500 | 156000 | 79 |
| 80 | | | | 102000 | 106500 | 111500 | 117000 | 122500 | 128000 | 133500 | 139500 | 145000 | 151000 | 156500 | 80 |
| 81 | | | | 102500 | 107500 | 112500 | 117500 | 123000 | 128500 | 134000 | 140000 | 145500 | 151500 | 157000 | 81 |
| 82 | | | | 103000 | 108000 | 113000 | 118000 | 123500 | 129000 | 134500 | 140500 | 146000 | 152000 | 157500 | 82 |
| 83 | | | | 104000 | 108500 | 113500 | 118500 | 124000 | 129500 | 135500 | 141000 | 146500 | 152500 | 158500 | 83 |

Source: https://dot.alaska.gov/mscve/webdocs/bridge_formula_chart.pdf

Case: 3:24-cv-00127-SLG  Document 8-2  Filed 08/20/24  Page 13 of 14  Ex. A, p. 13

| WB/Axles | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Axles/WB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | | | | 104500 | 109000 | 114000 | 119500 | 124500 | 130000 | 136000 | 141500 | 147000 | 153000 | 159000 | 84 |
| 85 | | | | 105000 | 109500 | 114500 | 120000 | 125000 | 131000 | 136500 | 142000 | 148000 | 153500 | 159500 | 85 |
| 86 | | | | 105500 | 110000 | 115000 | 120500 | 126000 | 131500 | 137000 | 142500 | 148500 | 154000 | 160000 | 86 |
| 87 | | | | 106000 | 111000 | 115500 | 121000 | 126500 | 132000 | 137500 | 143000 | 149000 | 154500 | 160500 | 87 |
| 88 | | | | 107000 | 111500 | 116500 | 121500 | 127000 | 132500 | 138000 | 143500 | 149500 | 155000 | 161000 | 88 |
| 89 | | | | 107500 | 112000 | 117000 | 122000 | 127500 | 133000 | 138500 | 144000 | 150000 | 155500 | 161500 | 89 |
| 90 | | | | 108000 | 112500 | 117500 | 122500 | 128000 | 133500 | 139000 | 145000 | 150500 | 156000 | 162000 | 90 |
| 91 | | | | 108500 | 113000 | 118000 | 123000 | 128500 | 134000 | 139500 | 145500 | 151000 | 157000 | 162500 | 91 |
| 92 | | | | 109000 | 113500 | 118500 | 124000 | 129000 | 134500 | 140000 | 146000 | 151500 | 157500 | 163000 | 92 |
| 93 | | | | 110000 | 114500 | 119000 | 124500 | 129500 | 135000 | 140500 | 146500 | 152000 | 158000 | 163500 | 93 |
| 94 | | | | 110500 | 115000 | 119500 | 125000 | 130000 | 135500 | 141500 | 147000 | 152500 | 158500 | 164000 | 94 |
| 95 | | | | 111000 | 115500 | 120500 | 125500 | 131000 | 136500 | 142000 | 147500 | 153000 | 159000 | 164500 | 95 |
| 96 | | | | 111500 | 116000 | 121000 | 126000 | 131500 | 137000 | 142500 | 148000 | 153500 | 159500 | 165000 | 96 |
| 97 | | | | 112200 | 116500 | 121500 | 126500 | 132000 | 137500 | 143000 | 148500 | 154000 | 160000 | 165500 | 97 |
| 98 | | | | 113000 | 117000 | 122000 | 127000 | 132500 | 138000 | 143500 | 149000 | 155000 | 160500 | 166500 | 98 |
| 99 | | | | 113500 | 118000 | 122500 | 127500 | 133000 | 138500 | 144000 | 149500 | 155500 | 161000 | 167000 | 99 |
| 100 | | | | 114000 | 118500 | 123000 | 128500 | 133500 | 139000 | 144500 | 150000 | 156000 | 161500 | 167500 | 100 |
| 101 | | | | 114500 | 119000 | 123500 | 129000 | 134000 | 139500 | 145000 | 150500 | 156500 | 162000 | 168000 | 101 |
| 102 | | | | 115000 | 119500 | 124500 | 129500 | 134500 | 140000 | 145500 | 151500 | 157000 | 162500 | 168500 | 102 |
| 103 | | | | 116000 | 120000 | 125000 | 130000 | 135000 | 140500 | 146000 | 152000 | 157500 | 163000 | 169000 | 103 |
| 104 | | | | 116500 | 120500 | 125500 | 130500 | 136000 | 141000 | 146500 | 152500 | 158000 | 163500 | 169500 | 104 |
| 105 | | | | 117000 | 121500 | 126000 | 131000 | 136500 | 142000 | 147500 | 153000 | 158500 | 164500 | 170000 | 105 |
| 106 | | | | 117500 | 122000 | 126500 | 131500 | 137000 | 142500 | 148000 | 153500 | 159000 | 165000 | 170500 | 106 |
| 107 | | | | 118000 | 122500 | 127000 | 132000 | 137500 | 143000 | 148500 | 154000 | 159500 | 165500 | 171000 | 107 |
| 108 | | | | 119000 | 123000 | 127500 | 133000 | 138000 | 143500 | 149000 | 154500 | 160000 | 166000 | 171500 | 108 |
| 109 | | | | 119500 | 123500 | 128500 | 133500 | 138500 | 144000 | 149500 | 155000 | 160500 | 166500 | 172000 | 109 |
| 110 | | | | 120000 | 124000 | 129000 | 134000 | 139000 | 144500 | 150000 | 155500 | 161000 | 167000 | 172500 | 110 |
| 111 | | | | 120500 | 125000 | 129500 | 134500 | 139500 | 145000 | 150500 | 156000 | 162000 | 167500 | 173000 | 111 |
| 112 | | | | 121000 | 125500 | 130000 | 135000 | 140000 | 145500 | 151000 | 156500 | 162500 | 168000 | 173500 | 112 |
| 113 | | | | 122000 | 126000 | 130500 | 135500 | 141000 | 146000 | 151500 | 157000 | 163000 | 168500 | 174500 | 113 |
| 114 | | | | 122500 | 126500 | 131000 | 136000 | 141500 | 146500 | 152000 | 158000 | 163500 | 169000 | 175000 | 114 |
| 115 | | | | 123000 | 127000 | 131500 | 136500 | 142000 | 147500 | 152500 | 158500 | 164000 | 169500 | 175500 | 115 |
| 116 | | | | 123500 | 127500 | 132500 | 137500 | 142500 | 148000 | 153500 | 159000 | 164500 | 170000 | 176000 | 116 |
| 117 | | | | 124000 | 128500 | 133000 | 138000 | 143000 | 148500 | 154000 | 159500 | 165000 | 170500 | 176500 | 117 |
| 118 | | | | 125000 | 129000 | 133500 | 138500 | 143500 | 149000 | 154500 | 160000 | 165500 | 171000 | 177000 | 118 |
| 119 | | | | 125500 | 129500 | 134000 | 139000 | 144000 | 149500 | 155000 | 160500 | 166000 | 172000 | 177500 | 119 |
| 120 | | | | 126000 | 130000 | 134500 | 139500 | 144500 | 150000 | 155500 | 161000 | 166500 | 172500 | 178000 | 120 |
| 121 | | | | 126500 | 130500 | 135000 | 140000 | 145000 | 150500 | 156000 | 161500 | 167000 | 173000 | 178500 | 121 |
| 122 | | | | 127000 | 131000 | 135500 | 140500 | 146000 | 151000 | 156500 | 162000 | 167500 | 173500 | 179000 | 122 |
| 123 | | | | 128000 | 132000 | 136500 | 141000 | 146500 | 151500 | 157000 | 162500 | 168000 | 174000 | 179500 | 123 |
| 124 | | | | 128500 | 132500 | 137000 | 142000 | 147000 | 152000 | 157500 | 163000 | 169000 | 174500 | 180000 | 124 |
| 125 | | | | 129000 | 133000 | 137500 | 142500 | 147500 | 153000 | 158000 | 163500 | 169500 | 175000 | 180500 | 125 |
| 126 | | | | 129500 | 133500 | 138000 | 143000 | 148000 | 153500 | 158500 | 164500 | 170000 | 175500 | 181000 | 126 |
| 127 | | | | 130000 | 134000 | 138500 | 143500 | 148500 | 154000 | 159500 | 165000 | 170500 | 176000 | 181500 | 127 |
| 128 | | | | 131000 | 134500 | 139000 | 144000 | 149000 | 154500 | 160000 | 165500 | 171000 | 176500 | 182500 | 128 |
| 129 | | | | 131500 | 135500 | 139500 | 144500 | 149500 | 155000 | 160500 | 166000 | 171500 | 177000 | 183000 | 129 |
| 130 | | | | 132200 | 136000 | 140500 | 145000 | 150000 | 155500 | 161000 | 166500 | 172000 | 177500 | 183500 | 130 |
| 131 | | | | 132500 | 136500 | 141000 | 145500 | 151000 | 156000 | 161500 | 167000 | 172500 | 178000 | 184000 | 131 |
| 132 | | | | 133000 | 137000 | 141500 | 146500 | 151500 | 156500 | 162000 | 167500 | 173000 | 178500 | 184500 | 132 |
| 133 | | | | 134000 | 137500 | 142000 | 147000 | 152000 | 157000 | 162500 | 168000 | 173500 | 179500 | 185000 | 133 |
| 134 | | | | 134500 | 138000 | 142500 | 147500 | 152500 | 157500 | 163000 | 168500 | 174000 | 180000 | 185500 | 134 |
| 135 | | | | 135000 | 139000 | 143000 | 148000 | 153000 | 158500 | 163500 | 169000 | 174500 | 180500 | 186000 | 135 |
| 136 | | | | 135500 | 139500 | 143500 | 148500 | 153500 | 159000 | 164000 | 169500 | 175000 | 181000 | 186500 | 136 |
| 137 | | | | 136000 | 140000 | 144500 | 149000 | 154000 | 159500 | 164500 | 170000 | 176000 | 181500 | 187000 | 137 |
| 138 | | | | 137000 | 140500 | 145000 | 149500 | 154500 | 160000 | 165500 | 171000 | 176500 | 182000 | 187500 | 138 |
| 139 | | | | 137500 | 141000 | 145500 | 150000 | 155000 | 160500 | 166000 | 171500 | 177000 | 182500 | 188000 | 139 |
| 140 | | | | 138000 | 141500 | 146000 | 151000 | 156000 | 161000 | 166500 | 172000 | 177500 | 183000 | 188500 | 140 |
| 141 | | | | 138500 | 142500 | 146500 | 151500 | 156500 | 161500 | 167000 | 172500 | 178000 | 183500 | 189000 | 141 |
| 142 | | | | 139000 | 143000 | 147000 | 152000 | 157000 | 162000 | 167500 | 173000 | 178500 | 184000 | 189500 | 142 |
| 143 | | | | 140000 | 143500 | 147500 | 152500 | 157500 | 162500 | 168000 | 173500 | 179000 | 184500 | 190500 | 143 |
| 144 | | | | 140500 | 144000 | 148500 | 153000 | 158000 | 163000 | 168500 | 174000 | 179500 | 185000 | 191000 | 144 |
| 145 | | | | 141000 | 144500 | 149000 | 153500 | 158500 | 164000 | 169000 | 174500 | 180000 | 185500 | 191500 | 145 |
| 146 | | | | 141500 | 145000 | 149500 | 154000 | 159000 | 164500 | 169500 | 175000 | 180500 | 186000 | 192000 | 146 |
| 147 | | | | 142000 | 146000 | 150000 | 154500 | 159500 | 165000 | 170000 | 175500 | 181000 | 187000 | 192500 | 147 |
| 148 | | | | 143000 | 146500 | 150500 | 155500 | 160000 | 165500 | 170500 | 176000 | 181500 | 187500 | 193000 | 148 |
| 149 | | | | 143500 | 147000 | 151000 | 156000 | 161000 | 166000 | 171500 | 176500 | 182000 | 188000 | 193500 | 149 |
| 150 | | | | 144000 | 147500 | 151500 | 156500 | 161500 | 166500 | 172000 | 177500 | 183000 | 188500 | 194000 | 150 |