Eric B. Fjelstad, Bar No. 9505020
EFjelstad@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone: 907.279.8561
Stacey Bosshardt, D.C. Bar No. 458645
(*pro hac vice pending*)
SBosshardt@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.661.5862

**Attorneys for Proposed Intervenor-Defendant
Peak Gold, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VILLAGE OF DOT LAKE, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General, United States Army Corps of Engineers,<br><br>Defendant. | Case No. 3:24-cv-00137-SLG<br><br><br><br>**[PROPOSED] ORDER ON PEAK GOLD, LLC'S MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(a) AND (b)** |

[PROPOSED] ORDER ON PEAK GOLD, LLC'S MOT. TO INTERVENE UNDER FED. R. CIV. P. 24(a) AND (b)
*Village of Dot Lake v. U.S. Army Corps of Eng'rs, et al.,* No. 3:24-CV-00137-SLG
Page 1 of 3

163531886.1

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com

Upon motion by Proposed Intervenor-Defendant Peak Gold, LLC, and any opposition thereto, it is hereby ORDERED:

Peak Gold LLC's motion to intervene is granted; and

Peak Gold LLC shall file its answer or other responsive pleading within seven (7) days after Federal Defendants file their answer or other responsive pleading.

SO ORDERED this ___ day of _____, 2024.

_____
Sharon L. Gleason
United States District Judge

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com

[PROPOSED] ORDER ON PEAK GOLD, LLC'S MOT. TO INTERVENE UNDER FED. R. CIV. P. 24(a) AND (b)
*Village of Dot Lake v. U.S. Army Corps of Eng'rs, et al.,* No. 3:24-cv-00137-SLG
Page 2 of 3
163531886.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:24-cv-00137 who are registered CM/ECF users will be served by the CM/ECF system.

*/s Eric B. Fjelstad*

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com

[PROPOSED] ORDER ON PEAK GOLD, LLC'S MOT. TO INTERVENE UNDER FED. R. CIV. P. 24(a) AND (b)
*Village of Dot Lake v. U.S. Army Corps of Eng'rs, et al.,* No. 3:24-cv-00137-SLG

163531886.1