**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com

Eric B. Fjelstad, Bar No. 9505020
EFjelstad@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone: 907.279.8561
Stacey Bosshardt, D.C. Bar No. 458645
(admitted *pro hac vice*)
SBosshardt@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.661.5862

**Attorneys for Intervenor-Defendant Peak Gold, LLC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| VILLAGE OF DOT LAKE, a federally recognized Indian tribe,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General, United States Army Corps of Engineers,<br><br>　　　　Defendant, and<br><br>PEAK GOLD, LLC.,<br><br>　　　　Intervenor-Defendant. | **INTERVENOR-DEFENDANT PEAK GOLD, LLC'S JOINDER IN FEDERAL DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT**<br><br>Case No. 3:24-cv-00137 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com

In response to Plaintiff's Complaint in this case, ECF No. 1, Intervenor-Defendant Peak Gold, LLC joins in Federal Defendants' Motion to Partially Dismiss Plaintiff's Complaint. ECF No. 11 (August 23, 2024). Peak Gold agrees that Claims 2, 3, and 4 of the Complaint fail to state a claim upon which relief may be granted, and should be dismissed, for the reasons explained in Federal Defendants' motion. *See* ECF No. 11-1.

DATED: October 18, 2024.

**PERKINS COIE LLP**

*s/Eric B. Fjelstad*
Eric B. Fjelstad, Bar No. 9505020
EFjelstad@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone: 907.279.8561
Stacey Bosshardt, D.C. Bar No. 458645
(admitted *pro hac vice*)
SBosshardt@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.661.5862

**Attorneys for Intervenor-Defendant
Peak Gold, LLC**

PEAK GOLD, LLC'S JOINDER IN FED. DEFS.' MOT. TO PARTIALLY DISMISS PL.'S COMPL.
*Village of Dot Lake v. United States Army Corps of Eng'rs, et al.*; No. 3:24-cv-00137
Page 2 of 3

Case 3:24-cv-00137-SLG   Document 19   Filed 10/18/24   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:24-cv-00137 who are registered CM/ECF users will be served by the CM/ECF system.

/s *Eric B. Fjelstad*

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
+1.907.279.8561 / Facsimile +1.907.276.3108
Eric B. Fjelstad / EFjelstad@perkinscoie.com