CONNIE SUE MARTIN
AKSB #2202017
Email: csmartin@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone:   206-622-1711
Facsimile:   206-292-0460

WILLIAM C.G. WRIGHT
AKSB #2209074
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L St Ste 400
Anchorage, AK 99501
Telephone:   (907) 339-7141
Facsimile:   (503) 796-2900

Attorneys for Plaintiff VILLAGE OF DOT LAKE,
a federally recognized Indian tribe

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| VILLAGE OF DOT LAKE, a federally recognized Indian tribe,<br><br>   Plaintiff,<br><br> vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; and LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General, United States Army Corps of Engineers,<br><br>   Defendants,<br><br> and<br><br>PEAK GOLD, LLC,<br><br>   Intervenor-Defendant. | Case No. 3:24-cv-00137-SLG |

**STIPULATED DISMISSAL OF ACTION UNDER FCRP 41(a)(1)(A)(ii)**
*VILLAGE OF DOT LAKE v. UNITED STATES ARMY CORPS OF ENGINEERS*
Case No. 3:24-cv-00137-SLG – Page 1

SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5TH AVENUE, SUITE 3400
SEATTLE, WA 98101
TELEPHONE: 206-622-1711

142328\284044\48838107.V1

Case 3:24-cv-00137-SLG   Document 52   Filed 09/25/25   Page 1 of 3

# STIPULATED DISMISSAL OF ACTION UNDER FRCP 41(a)(1)(A)(ii)

It is stipulated by plaintiff Village of Dot Lake, defendants United States Army Corps of Engineers and Lieutenant General Scott A. Spellmon, and intervenor-defendant Peak Gold, LLC, that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice and without costs. The parties also stipulate that they shall bear their own attorneys' fees.

Signed at Seattle, Washington this 25th day of September, 2025.

| Schwabe, Williamson & Wyatt, P.C. | U.S. Department of Justice, Natural Resources Section |
|---|---|
| Attorneys for Plaintiff VILLAGE OF DOT LAKE, a federally recognized Indian tribe | Attorneys for Federal Defendants |

Connie Sue Martin
AKSB #2202017
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-407-1556

/s/ Devon L. Tice     (by consent)
Devon L. Tice
C.A. Bar #357918
150 M St. NE
Washington, DC 20002
Telephone: 202-598-1444

Perkins Coie LLP

Attorneys for Intervenor Defendant PEAK GOLD, LLC

/s/ Eric B. Fjelstad   (by consent)
Eric B. Fjelstad
AKSB #9505020
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907-279-8561

STIPULATED DISMISSAL OF ACTION UNDER FCRP 41(a)(1)(A)(ii)
*Village of Dot Lake v. United States Army Corps of Engineers*
Case No. 3:24-cv-00137-SLG – Page 2

SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5TH AVENUE, SUITE 3400
SEATTLE, WA 98101
TELEPHONE: 206-622-1711

142328\284044\48838107.V1

Case 3:24-cv-00137-SLG    Document 52    Filed 09/25/25    Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:24-cv-00137 who are registered CM/ECF users will be served by the CM/ECF system.

_____
Connie Sue Martin

CERTIFICATE OF SERVICE
*VILLAGE OF DOT LAKE v. UNITED STATES ARMY CORPS OF ENGINEERS*
Case No. 3:24-cv-00137-SLG – Page 1

SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5TH AVENUE, SUITE 3400
SEATTLE, WA 98101
TELEPHONE: 206-622-1711

142328\284044\48838107.V1